IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE. JEFFREY S. BERMAN      )           1:14MC47

## ORDER

On March 15, 2023, the United States Magistrate Judge's Recommendation was filed and notice was thereafter served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the Second MDNC Reinstatement Petition (Doc. 15) is DENIED.

                                              /s/   Thomas D. Schroeder
                                        United States District Judge

June 23, 2023